FILED

UNITED STATES OF AMERICA

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

12 MAY -7 PM 5:31

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

Sylvia Whitehead,

    Plaintiff,

vs.

                                          Case No.: 3:12-cv-547-J-20MCR

United States Postal Service,

    Defendant.

_____/

COMPLAINT

    Plaintiff, SYLVIA WHITEHEAD, sues the Defendant, UNITED STATES OF AMERICA, a body politic, and alleges:

    1.    This is an action brought under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), and 2671 et. seq. for damages of five hundred thousand ($500,000.00) dollars, exclusive of interest and costs.

    2.    The Plaintiff, Sylvia Whitehead, is a citizen of the State of Florida. The Plaintiffs reside in Jacksonville, Duval County, Middle District of Florida, and the acts and omissions herein complained of occurred in the above entitled judicial district.

    3.    This Honorable Court is vested with jurisdiction pursuant to the Federal Tort

Claims Act, 28 U.S.C. § 2671 et. seq. which is made applicable to the United States Postal Service pursuant to the provisions of the Postal Reorganization Act, 39 CFR 409c.

4. On or about June 10, 2011, the Plaintiff, Sylvia Whitehead, filed a claim for administrative settlement with the United States Postal Service in the sum of Five Hundred Thousand ($500,000.00) dollars.

5. More than six (6) months has elapsed since the date that the Plaintiff filed her claim for administrative settlement with the United States Postal Service. On December 6, 2011, the Plaintiff received a rejection letter rejecting the Plaintiff's claim.

6. On or about March 27, 2010, the United States Postal Service owned and maintained a motor vehicle that was negligently operated by the driver of said vehicle, Sheila Moore, a United States Postal Service letter carrier, so that it collided with a vehicle being driven by the Plaintiff, Sylvia Whitehead, on State Road 115 (Lem Turner Road), near its intersection with Bayview Avenue, in Jacksonville, Duval County, Florida, causing injury to the Plaintiff, Sylvia Whitehead.

7. At the time of the aforesaid motor vehicle accident, and at all times herein

material, said Sheila Moore, was acting in the course and scope of her employment as a letter carrier with the United States Postal Service.

8. As a result of the foregoing motor vehicle accident, the Plaintiff, Sylvia Whitehead, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and income, and loss of ability to earn money. The losses are permanent or continuing and Plaintiff will suffer the losses in the future. The Plaintiff suffered a permanent injury within a reasonable degree of medical probability as a result of the negligence of the Defendant.

9. If either the United States of America, or the United States Postal Service or its aforesaid employee were a private person, they would be liable for damages to the Plaintiff according to the laws of the State of Florida.

WHEREFORE, Plaintiff, Sylvia Whitehead, demands judgment for damages in the amount of Five Hundred Thousand ($500,000.00) dollars against the Defendant, costs, and a trial by jury.

/s/ Wade M. Rolle
_____
Wade M. Rolle, Esquire
Florida Bar Number: 0881198
4730 Norwood Avenue
Jacksonville, FL 32206
(904)766-7339